CO-386-online
10/03

# United States District Court
# For the District of Columbia

Equal Rights Center )
)
)
)
vs    Plaintiff )    Civil Action No._____
)
Zipcar, Inc., et al. )
)
)
Defendant )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Equal Rights Center__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __Equal Rights Center__ which have any outstanding securities in the hands of the public:

The Equal Right Center is a 501(c)(3) corporation with no affiliates, parent companies or subsidiaries.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

_____
Signature

D.C. Bar 252692
BAR IDENTIFICATION NO.

Barbara K. Kagan
Print Name

1330 Connecticut Ave., NW
Address

Washington, DC 20036
City    State    Zip Code

202-429-3000
Phone Number