# AFFIDAVIT OF PROCESS SERVER

**United States District Court**  **District Of Columbia**

Equal Rights Center, et al

    Plaintiff

vs.

Zipcar, Inc., et al

    Defendant

Attorney:

Steptoe & Johnson, LLP
Barbara Kagan
1330 Connecticut Ave., NW
Washington, DC. 20036

**Case Number:** 1:07-cv-01823

Legal documents received by Same Day Process Service on October 23rd, 2007 at 10:00 AM to be served upon **Emeka C. Moneme, Director, District Department of Transportation at 2000 14th St., NW, 6th Fl., Washington, DC. 20009**

I, Brandon A. Snesko, swear and affirm that on **October 23rd, 2007 at 3:30 PM**, I did the following:

Served a **Government Agency** by delivering a conformed copy of this **Summons in a Civil Case; Notice of Right to Counsel to Trial Before United States Magistrate Judge; Initial Electronic Case Filing Order; ECF Registration Form; Complaint**, to **Khalilah Ballard** as **Executive Assistant to Emeka C. Moneme & Authorized Agent** of the within named agency, to wit: **District of Columbia Department of Transportation** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female   Age: 25   Height: 5'7   Weight: 140   Skin Color: Black   Hair Color: Black   Glasses: N

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Brandon A. Snesko**
Process Server

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000005357

District of Columbia : SS
Subscribed and Sworn to before me
this 24th day of Oct, 2007

_____
B. Tony Snesko, Notary Public, D.C.
My commission expires December 14, 2011

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.