# AFFIDAVIT OF PROCESS SERVER

| United States District Court | District Of Columbia |
|---|---|
| Equal Rights Center, et al | Attorney: |
| Plaintiff | Steptoe & Johnson, LLP<br>Barbara Kagan<br>1330 Connecticut Ave., NW<br>Washington, DC. 20036 |
| vs. | |
| Zipcar, Inc., et al | |
| Defendant | |

**Case Number:** 1:07-cv-01823

Legal documents received by Same Day Process Service on October 23rd, 2007 at 10:00 AM to be served upon **District of Columbia, Office of the Secretary of the District of Columbia at 441 4th St., NW, Suite 1130, Washington, DC. 20001**

I, Brandon A. Snesko, swear and affirm that on **October 23rd, 2007 at 12:00 PM**, I did the following:

Served a **Government Agency** by delivering a conformed copy of this **Summons in a Civil Case; Notice of Right to Counsel to Trial Before United States Magistrate Judge; Initial Electronic Case Filing Order; ECF Registration Form; Complaint**, to **Gale Rivers** as **Authorized Agent** of the within named agency, to wit: **Office of the Secretary of the District of Columbia** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Female   Age: 45   Height: 5'4   Weight: 170   Skin Color: Black   Hair Color: Black   Glasses: Y

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury under the laws of the that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
**Brandon A. Snesko**
Process Server

**Same Day Process Service**
1322 Maryland Ave., NE
Washington, DC 20002

(202) 398-4200

Internal Job ID: 0000005358

District of Columbia : SS
Subscribed and Sworn to before me
this 24th day of Oct, 2007

B. Tony Snesko, Notary Public, D.C.
My commission expires December 14, 2011

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.