Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

EQUAL RIGHTS CENTER, et al.

    Plaintiff(s)

v.

Civil Action No. **07-1823 (RMC)**

ZIPCAR, INC., et al.

    Defendant(s)

RE: DISTRICT OF COLUMBIA

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on October 23, 2007, and an affidavit on behalf of the plaintiff having been filed, it is this 16th day of November, 2007 declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____

Deputy Clerk