Default - Rule 55A (CO 40 Revised-DC 02/00)

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**EQUAL RIGHTS CENTER, et al.**

    Plaintiff(s)

v.

Civil Action No. **07-1823 (RMC)**

**ZIPCAR, INC., et al.**

    Defendant(s)

RE: **EMEKA C. MONEME**
Director, District Department of Transportation

## DEFAULT

It appearing that the above-named defendant(s) failed to plead or otherwise defend this action though duly served with summons and copy of the complaint on October 23, 2007, and an affidavit on behalf of the plaintiff having been filed, it is this __16th__ day of __November__, __2007__ declared that defendant(s) is/are in default.

NANCY MAYER-WHITTINGTON, Clerk

By: _____
                Deputy Clerk