UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUAL RIGHTS CENTER<br>11 Dupont Circle NW<br>Suite 400<br>Washington, DC 20036-1226<br><br>ROSEMARY CIOTTI, RN, MSN<br>900 N. Stafford Street, #2322<br>Arlington, VA 22203<br><br>    Plaintiffs,<br>v.<br><br>ZIPCAR, INC.<br>717 D Street, NW<br>8th Street Entrance<br>Washington, DC 20004-2812 and<br><br>DISTRICT OF COLUMBIA<br>Office of the Secretary of the<br>District of Columbia<br>441 Fourth Street, NW<br>Suite 1130<br>Washington, DC 20001 and<br><br>EMEKA C. MONEME, DIRECTOR<br>DISTRICT DEPARTMENT OF<br>TRANSPORTATION<br>2000 14th Street, NW, 6th Floor<br>Washington, DC 20009<br><br>    Defendants. | Docket No. 07-cv-01823<br><br>The Honorable Rosemary M. Collyer |

## MOTION TO VACATE ENTRY OF DEFAULT

Based on a discussion between the parties, the plaintiffs in the above-captioned matter have agreed to move this court to vacate the clerk's entry of default, entered herein on November 16, 2007, against defendants, Emeka C. Moneme, Director District Department of Transportation

- 2 -

and District of Columbia ("District Defendants"). The District Defendants consent to this Motion to Vacate. Plaintiffs make this motion in an effort to avoid further unnecessary costs to the court and to the parties.

Dated: November 21, 2007

*/s/ Matthew I. Kepniss*
Matthew I. Kepniss (Bar # 490856)
Steptoe & Johnson, LLP
1330 Connecticut Avenue, NW
Washington, DC 20036
202-429-3000

## CERTIFICATE OF SERVICE

I, Jennifer Newton, hereby certify that a true and correct copy of the foregoing MOTION TO VACATE was served upon those listed below by sending said party a copy of same on November 21, 2007, by mail.

Joanne E. Watters
WilmerHale
1875 Pennsylvania Avenue, NW
Washington, DC 20006

Rick Rybeck
DC Department of Transportation
2000 14th Street, NW, 7th Floor
Washington, DC 20009

Denise J. Baker
Office of the Attorney General
Government of the District of Columbia
One Judiciary Square
441 4th Street NW
Suite 1060N
Washington, DC 20001

_____
Jennifer Newton

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUAL RIGHTS CENTER<br>11 Dupont Circle NW<br>Suite 400<br>Washington, DC 20036-1226<br><br>ROSEMARY CIOTTI, RN, MSN<br>900 N. Stafford Street, #2322<br>Arlington, VA 22203<br><br>          Plaintiffs,<br>     v.<br><br>ZIPCAR, INC.<br>717 D Street, NW<br>8th Street Entrance<br>Washington, DC 20004-2812 and<br><br>DISTRICT OF COLUMBIA<br>Office of the Secretary of the<br>District of Columbia<br>441 Fourth Street, NW<br>Suite 1130<br>Washington, DC 20001 and<br><br>EMEKA C. MONEME, DIRECTOR<br>DISTRICT DEPARTMENT OF<br>TRANSPORTATION<br>2000 14th Street, NW, 6th Floor<br>Washington, DC 20009<br><br>          Defendants. | Docket No. 07-cv-01823<br><br>The Honorable Rosemary M. Collyer |

## ORDER VACATING ENTRY OF DEFAULT

Upon the motion dated November 21, 2007, and due deliberation having been had thereon, IT IS ORDERED that the clerk's entry of default, entered herein on November 16, 2007, against defendants, Emeka C. Moneme, Director District Department of Transportation

- 2 -

and District of Columbia ("District Defendants") be and the same hereby is vacated and set aside.

Dated: November 21, 2007

    _____
    The Honorable Rosemary M. Collyer
    United States District Judge