UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|   |   |
|---|---|
| Equal Rights Center, et. al. ) ) ) Plaintiff, ) v. ) ) ZIPCAR INC. et. al. ) ) Defendants, ) | Civil Action No. 07-cv-01823-RMC |

**ENTRY OF APPEARANCE**

The Clerk of the Court will please ENTER the appearance of Denise J. Baker, Office of the Attorney General for the District of Columbia, as counsel for District Defendants, District of Columbia, in the above-captioned matter.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Ellen A. Efros
ELLEN A. EFROS [250746]
Chief, Equity I

/s/ Denise J. Baker
DENISE J. BAKER 493414
Assistant Attorney General
441 Fourth Street, N.W., Suite 6S079
Washington, D.C. 20001
(202) 442-9887 (telephone)
(202) 727-3625 (fax)