**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| Equal Rights Center, et. al., | ) ) ) ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 07-cv-01823-RMC ) ) |
| ZIPCAR INC. et. al. | ) ) |
| Defendants, | ) ) |

**ENTRY OF APPEARANCE**

The Clerk of the Court will please ENTER the appearance of Ellen Efros, Office of the Attorney General for the District of Columbia, as counsel for Defendant, District of Columbia, in the above-captioned matter.

    Respectfully submitted,

    LINDA SINGER
    Attorney General for the District of Columbia

    GEORGE C. VALENTINE
    Deputy Attorney General, Civil Litigation Division

    /s/ Ellen A. Efros
    ELLEN A. EFROS [250746]
    Chief, Equity I
    ellen.efros@dc.gov

    /s/ Denise J. Baker
    DENISE J. BAKER 493414
    Assistant Attorney General
    441 Fourth Street, N.W., Suite 6S079
    Washington, D.C. 20001
    (202) 442-9887 (telephone)
    (202) 727-3625 (fax)