**UNITED STATES DISTRICT COURT FOR THE**
**DISTRICT OF COLUMBIA**

| | |
|---|---|
| EQUAL RIGHTS CENTER, ET AL., § <br> § <br> Plaintiffs, § <br> § <br> vs. § <br> § <br> § <br> ZIPCAR, INC., ET AL., § <br> 403 8th Street, NW § <br> Washington, DC 20004 § <br> § <br> Defendants. § | Civil Action No. 07-cv-01823-RMC |

**JOINT MOTION FOR EXTENSION OF TIME**

Defendant Zipcar, Inc. ("Zipcar") and Plaintiffs Equal Rights Center and Rosemary Ciotti (together, "Plaintiffs") hereby move this Court to grant Zipcar an extension of time to Answer or otherwise respond to the above-captioned Complaint.

Plaintiffs and Zipcar have entered into settlement discussions in order to amicably resolve the issues in the Complaint. The interests of judicial economy and efficiency will be served if the Court grants this Joint Motion to extend the time for Zipcar to Answer or otherwise respond up to and including February 1, 2008.

Respectfully submitted,

| ZIPCAR, INC. | EQUAL RIGHTS CENTER, ET AL. |
|---|---|
| By Counsel, | By Counsel, |

_____/s/_____   _____/s/_____

| Joanne E. Waters, Bar No. 481437 | Barbara K. Kagan, Bar No. 252692 |
|---|---|
| Wilmer Cutler Pickering Hale and Dorr LLP | Cynthia L. Quarterman, Bar No. 417700 |
| 1875 Pennsylvania Avenue, NW | Matthew I. Kepniss, Bar No. 490865 |
| Washington, DC 20006 | Steptoe & Johnson, LLP |
| (202) 663-6579 | 1330 Connecticut Avenue |
| (202) 663-6363 (fax) | Washington, DC 20036 |
| | (202) 429-3000 |
| | (202) 429-3902 (fax) |

– and –

_____/s/_____

E. Elaine Gardner, Bar No. 217262
Washington Lawyer's Committee for
Civil Rights and Urban Affairs
11 Dupont Circle, NW Suite 400
Washington, DC 20036
(202) 319-1000 ext. 131
(202) 319-1010 (fax)

Date: December 18, 2007

## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUAL RIGHTS CENTER, ET AL., § | |
| § | |
| Plaintiffs,   § | |
| § | |
| vs.   § | Civil Action No. 07-cv-01823-RMC |
| § | |
| § | |
| ZIPCAR, INC., ET AL.,   § | |
| 403 8th Street, NW   § | |
| Washington, DC 20004   § | |
| § | |
| Defendants.   § | |

## **ORDER**

THIS MATTER comes before the Court on this _____ day of December 2007, upon the Joint Motion for Extension of Time (the "Motion") of Defendant Zipcar, Inc. ("Zipcar") and Plaintiffs Equal Rights Center and Rosemary Ciotti.

UPON CONSIDERATION WHEREOF and for good cause shown, the Motion is hereby GRANTED and Zipcar's Answer or other response is due on or before February 1, 2008.

_____
The Honorable John D. Bates
United States District Court


Date:   _____, 2007