## UNITED STATES DISTRICT COURT FOR THE
## DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUAL RIGHTS CENTER, ET AL., § <br> § <br> Plaintiffs, § <br> § <br> vs. § <br> § <br> § <br> ZIPCAR, INC., ET AL., § <br> 403 8th Street, NW § <br> Washington, DC 20004 § <br> § <br> Defendants. § | Civil Action No. 07-cv-01823-RMC |

## **CERTIFICATE RULE LCvR 7.1**

Certificate required by LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia:

I, the undersigned, counsel of record for Zipcar, Inc. ("Zipcar"), certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of Zipcar that have any outstanding securities in the hands of the public:

None.  Zipcar has no parent companies, subsidiaries or affiliates that have any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

        Attorney of Record for Zipcar, Inc.


      _____/s/_____

Joanne E. Waters, Bar No. 481437
Wilmer Cutler Pickering Hale and Dorr LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
(202) 663-6579
(202) 663-6363 (fax)


Date: December 18, 2007