UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUAL RIGHTS CENTER, et al.<br><br>         Plaintiffs,<br>v.<br><br>ZIPCAR, INC., et al.<br><br>         Defendants. | Docket No. 07-cv-01823<br><br>The Honorable Rosemary M. Collyer |

**CONSENT MOTION TO STAY PROCEDURAL SCHEDULE**

The parties hereby move this Court to stay the procedural schedule in the above captioned matter, including the time for Zipcar, Inc. to answer or otherwise respond, until March 1, 2008. Plaintiffs and Zipcar are engaged in serious settlement discussions in order to amicably resolve the issues in the Complaint. The interests of judicial economy and efficiency will be served if the Court grants this Consent Motion to stay the schedule, including Zipcar's time to answer or otherwise respond, until March 1, 2008.

Dated: January 10, 2008

- 2 -

                                        Respectfully Submitted,

| ZIPCAR, INC., | EQUAL RIGHTS CENTER ET AL., |
|---|---|
|   |   |
| ____/S/__ Joanne E. Waters_____ | ____/S/_ Matthew I. Kepniss_____ |
| Joanne E. Waters, Bar No. 481437 | Matthew I. Kepniss, Bar No. 490856 |
| Wilmer Cutler Pickering Hale and Dorr LLP | Steptoe & Johnson, LLP |
| 1875 Pennsylvania Avenue, NW | 1330 Connecticut Avenue, NW |
| Washington, DC 20006 | Washington, DC 20036 |
| (202) 663-6579 | (202) 429-3000 |
| (202) 663-6363 (fax) | (202) 429-3902 (fax) |

DISTRICT OF COLUMBIA,

____/S/ Denise J. Baker_____
Denise J. Baker, Bar No. 493414
Assistant Attorney General
441 Fourth Street, N.W., Suite 6S079
Washington, D.C. 20001
(202) 442-9887 (telephone)
(202) 727-3625 (fax)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EQUAL RIGHTS CENTER, et al.

          Plaintiffs,

v.

ZIPCAR, INC., et al.

          Defendants.

Docket No. 07-cv-01823

The Honorable Rosemary M. Collyer

### ORDER

THIS MATTER comes before the Court on this ____ day of January 2008, upon the parties' Consent Motion to Stay the Procedural Schedule (the "Motion").

UPON CONSIDERATION WHEREOF and for good cause shown, the Motion is hereby GRANTED and the procedural schedule, including the time for Zipcar, Inc. to answer or otherwise respond, is stayed until March 1, 2008.

_____
The Honorable Rosemary M. Collyer
United States District Court

Dated: January 10, 2008