UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EQUAL RIGHTS CENTER, et al.  :
:
:  Docket No. 07-cv-01823
Plaintiffs,  :
v.  :  The Honorable Rosemary M. Collyer
:
ZIPCAR, INC., et al.  :
:
Defendants.  :
:
:

**JOINT MOTION TO EXTEND THE STAY TO THE PROCEDURAL SCHEDULE**

    Plaintiffs and Zipcar, Inc. hereby move this Court to extend the stay to the procedural schedule in the above captioned matter, including the time for Zipcar, Inc. to answer or otherwise respond, until April 1, 2008. Plaintiffs and Zipcar continue to be engaged in serious settlement discussions in order to amicably resolve the issues in the Complaint. The interests of judicial economy and efficiency will be served if the Court grants this Joint Motion to stay the schedule, including Zipcar's time to answer or otherwise respond, until April 1, 2008.

Dated: February 19, 2008

- 2 -

                                                              Respectfully Submitted,

| ZIPCAR, INC., | EQUAL RIGHTS CENTER ET AL., |
|---|---|
| \_\_\_\_/S/\_\_Joanne E. Waters\_\_\_\_\_ | \_\_\_\_/S/\_Matthew I. Kepniss_____ |
| Joanne E. Waters, Bar No. 481437 | Matthew I. Kepniss, Bar No. 490856 |
| Wilmer Cutler Pickering Hale and Dorr LLP | Steptoe & Johnson, LLP |
| 1875 Pennsylvania Avenue, NW | 1330 Connecticut Avenue, NW |
| Washington, DC 20006 | Washington, DC 20036 |
| (202) 663-6579 | (202) 429-3000 |
| (202) 663-6363 (fax) | (202) 429-3902 (fax) |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    :
EQUAL RIGHTS CENTER, et al.         :
                                    :
                                    :   Docket No. 07-cv-01823
              Plaintiffs,           :
       v.                           :   The Honorable Rosemary M. Collyer
                                    :
ZIPCAR, INC., et al.                :
                                    :
              Defendants.           :
                                    :
_____ :

# ORDER

THIS MATTER comes before the Court on this ____ day of February 2008, upon the Plaintiffs and Zipcar, Inc.'s Joint Motion to Extend the Stay to the Procedural Schedule (the "Motion").

UPON CONSIDERATION WHEREOF and for good cause shown, the Motion is hereby GRANTED and the procedural schedule, including the time for Zipcar, Inc. to answer or otherwise respond, is stayed until April 1, 2008.

_____
The Honorable Rosemary M. Collyer
United States District Court


Dated:  February 19, 2008