**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| EQUAL RIGHTS CENTER, et al. | : | |
| | : | |
| | : | Docket No. 07-cv-01823 |
| Plaintiffs, | : | |
| v. | : | The Honorable Rosemary M. Collyer |
| | : | |
| ZIPCAR, INC., et al. | : | |
| | : | |
| Defendants. | : | |
| | : | |
| | : | |

**JOINT MOTION TO EXTEND THE STAY TO THE PROCEDURAL SCHEDULE**

Plaintiffs and Zipcar, Inc. hereby move this Court to extend the stay to the procedural schedule in the above captioned matter, including the time for Zipcar, Inc. to answer or otherwise respond, until June 2, 2008.  Plaintiffs and Zipcar continue to be engaged in serious settlement discussions in order to amicably resolve the issues in the Complaint.  The interests of judicial economy and efficiency will be served if the Court grants this Joint Motion to stay the schedule, including Zipcar's time to answer or otherwise respond, until June 2, 2008.

Dated:  March 31, 2008

US1DOCS 6615391v1

- 2 -

Respectfully Submitted,

ZIPCAR, INC.,                                    EQUAL RIGHTS CENTER ET AL.,


_____/S/___Joanne E. Waters_____               _____/S/__Matthew I. Kepniss_____
Joanne E. Waters, Bar No. 481437                Matthew I. Kepniss, Bar No. 490856
Wilmer Cutler Pickering Hale and Dorr LLP       Steptoe & Johnson, LLP
1875 Pennsylvania Avenue, NW                    1330 Connecticut Avenue, NW
Washington, DC 20006                            Washington, DC 20036
(202) 663-6579                                  (202) 429-3000
(202) 663-6363 (fax)                            (202) 429-3902 (fax)

- 2 -

- 3 -

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

EQUAL RIGHTS CENTER, et al.          :
                                      :
                                      :          Docket No. 07-cv-01823
                                      :
                    Plaintiffs,       :
        v.                            :          The Honorable Rosemary M. Collyer
                                      :
ZIPCAR, INC., et al.                  :
                                      :
                    Defendants.       :
                                      :
                                      :

**ORDER**

THIS MATTER comes before the Court on this _____ day of March 2008, upon the

Plaintiffs and Zipcar, Inc.'s Joint Motion to Extend the Stay to the Procedural Schedule (the

"Motion").

UPON CONSIDERATION WHEREOF and for good cause shown, the Motion is hereby

GRANTED and the procedural schedule, including the time for Zipcar, Inc. to answer or

otherwise respond, is stayed until June 2, 2008.

_____
The Honorable Rosemary M. Collyer
United States District Court


Dated:  March 31, 2008

US1DOCS 6615391v1