REFERRAL TO MAGISTRATE JUDGE

Co 299 (Revised-DC 03/00)

CATEGORY: TYPE-L

| CAUSE OF ACTION: | 42:12188 Americans With Disabilities Act | | | |
|---|---|---|---|---|
| CASE NO:<br>07-1823 | DATE REFERRED:<br>5/19/08<br><br>DISPOSITION DATE: | PURPOSE:<br>MEDIATION/ADR | JUDGE:<br>Rosemary M. Collyer | MAG. JUDGE<br>John M. Facciola |
| PLAINTIFF(S):<br>EQUAL RIGHTS CENTER, ET AL | | DEFENDANT(S):<br>ZIPCAR, INC., ET AL | | |
| ENTRIES:<br>Pursuant to the parties' request as of May 15, 2008, this case is referred for Mediation/ADR for a period of 60 days, commencing May 20, 2008 and concluding July 20, 2008. | | | | |