UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

EQUAL RIGHTS CENTER, et al.  :
:
:          Docket No. 07-cv-01823
        Plaintiffs,    :
    v.                       :          The Honorable Rosemary M. Collyer
:
ZIPCAR, INC., et al.         :
:
        Defendants.    :
:
:

**JOINT MOTION TO EXTEND THE MEDIATION REFERRAL PERIOD AND PROCEDURAL STAY PENDING MEDIATION**

Plaintiffs and Zipcar, Inc. hereby move this Court to extend the mediation referral period and the procedural stay in the above captioned matter, which would include the time for Zipcar, Inc. to answer or otherwise respond, until September 19, 2008. Pursuant to the parties' request of May 15, 2008, the Court referred this case to Magistrate Judge John M. Facciola for mediation on the issue of damages for a period of sixty (60) days, commencing on May 20, 2008 and concluding on July 20, 2008. During this time period, the Court stayed the case. Due to various reschedulings, the mediation hearing has been postponed until August 15, 2008. The interests of judicial economy and efficiency will be served if the Court grants this Joint Motion to Extend the Mediation Referral Period and Procedural Stay Pending Mediation, including Zipcar's time to answer or otherwise respond, until September 19, 2008.

Dated: July 3, 2008

- 2 -

                                                              Respectfully Submitted,

| ZIPCAR, INC., | EQUAL RIGHTS CENTER ET AL., |
|---|---|
| _____/S/___ Joanne E. Waters_____ | _____/S/___ Matthew I. Kepniss_____ |
| Joanne E. Waters, Bar No. 481437 | Matthew I. Kepniss, Bar No. 490856 |
| Wilmer Cutler Pickering Hale and Dorr LLP | Steptoe & Johnson, LLP |
| 1875 Pennsylvania Avenue, NW | 1330 Connecticut Avenue, NW |
| Washington, DC 20006 | Washington, DC 20036 |
| (202) 663-6579 | (202) 429-3000 |
| (202) 663-6363 (fax) | (202) 429-3902 (fax) |

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EQUAL RIGHTS CENTER, et al. | Docket No. 07-cv-01823 |
| Plaintiffs, | |
| v. | The Honorable Rosemary M. Collyer |
| ZIPCAR, INC., et al. | |
| Defendants. | |

## ORDER

THIS MATTER comes before the Court on this ____ day of July 2008, upon the Plaintiffs and Zipcar, Inc.'s Joint Motion to Extend the Mediation Referral Period and Procedural Stay Pending Mediation (the "Motion").

UPON CONSIDERATION WHEREOF and for good cause shown, the Motion is hereby GRANTED and the mediation referral period and procedural stay, including the time for Zipcar, Inc. to answer or otherwise respond, is extended until September 19, 2008.

_____
The Honorable Rosemary M. Collyer
United States District Court

Dated:  July 3, 2008